ANNA DENUE, Respondent, v. WHELAN DRUG STORES, INC., Appellant.* CHARLES DENUE, Respondent, v. WHELAN DRUG STORES, INC., Appellant.— Judgments and order affirmed, with one bill of costs to respondents. No opinion. Lazansky, P. J., Young, Tompkins and Davis, JJ., concur; Kapper, J., dissents on the ground that no negligence was proved.

EVELYN CLAY EVERETT, Respondent, v. ROBERTS EVERETT, Appellant.— Order awarding alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper and Tompkins, JJ., concur; Davis, J., concurs as to the allowance of counsel fee but dissents as to the allowance of alimony on the ground that, under the circumstances disclosed by this record, as long as the separation agreement stands and is not rescinded, the plaintiff is not entitled to temporary alimony. (Davis v. Davis, 195 App. Div. 430; Kramrath v. Kramrath, 231 id. 533; Rosenblatt v. Rosenblatt, 209 id. 373; Matter of Warren, 207 id. 793.)

FRANK FAZIO, an Infant, by DONATO FAZIO, His Guardian ad Litem, and DONATO FAZIO, Respondents, v. CIVIL TRUCKING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

ALBERT E. FEHLANDT, Appellant, v. LONG ISLAND LIGHTING COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ.

ALFRED L. FOLLENDER, Respondent, v. HYMAN MERL and Another, Appellants, and Another, Defendant.† — Judgment and order reversed on the law, with costs, and complaint dismissed, with costs. While plaintiff's arrest was illegal, the appellants were not responsible for it. (Vittorio v. St. Regis Paper Co., 239 N. Y. 148.) While the issuance of the warrant was sufficient to form a basis for the action for malicious prosecution (Halberstadt v. New York Life Ins. Co., 194 N. Y. 1), it clearly appears from the evidence that the criminal proceeding was terminated by agreement of the parties prior to the commencement of this action, and for this reason the action for malicious prosecution will not lie. Young, Hagarty, Carswell, Scudder and Davis, JJ., concur.

HUDSON TRANSIT CORPORATION, Respondent, v. 350 WEST FORTIETH STREET CORPORATION, Appellant.— Order denying motion for a change of venue from Orange county to the county of New York affirmed, with twenty-five dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ., concur.